United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-51140
Conference Calendar

_____

ADRON P. BRAINERD,

                                        Plaintiff-Appellant,

versus

JOE JAMES SAWYER,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-03-CV-346
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Adron P. Brainerd (Brainerd) appeals the dismissal of his

diversity action which was dismissed under the doctrine of _res_

_judicata_.  In his _pro se_ brief, Brainerd does not brief the issue

of whether his second action was barred by the doctrine of _res_

_judicata_.  Although _pro se_ litigants are afforded liberal

construction, even _pro se_ litigants must brief arguments in order

to preserve them.  _See_ Yohey v. Collins, 985 F.2d 222, 224-225

(5th Cir. 1993).  Thus, the issue is deemed abandoned.  Id. at

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

225.  Because Brainerd has failed to argue the only issue arguably on appeal, the appeal is frivolous and must be DISMISSED as such.  *See* 5TH CIR. R. 42.2.  Brainerd is WARNED that the filing of future frivolous appeals may result in sanctions.

APPEAL DISMISSED AS FRIVOLOUS; SANCTIONS WARNING ISSUED.